# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Golden, et al., | No. CV-24-00233-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| American Economy Insurance Company, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 18), filed on November 4, 2024,

**IT IS ORDERED** approving the Stipulation (Doc. 18) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 5th day of November, 2024.

_____
Honorable Diane J. Humetewa
United States District Judge